IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:18CB04-SMB |
| | ) | Violation Number 6580956 NE-2 |
| vs. | ) | |
| | ) | **ORDER** |
| THADDEUS COSGROVE, | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice.

ORDERED this 19th day of April, 2018.

BY THE COURT:

/s/ Susan M. Bazis
**SUSAM M. BAZIS**
**UNITED STATES MAGISTRATE JUDGE**